STATE OF NEW JERSEY v. RONALD BENEDETTO, JR.

May 30, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. EFRAIN ROMAN.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PORFIRIO VELEZ.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER T. SIMMS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT CRAFT.

May 30, 1989.

Petition for certification denied.